UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DISABLED AMERICAN VETERANS,

    Plaintiff,

vs.                        Case No.   2:04-cv-339-FtM-33SPC

J.A.C. MARKETING, INC.; MIDWEST
DIRECT MARKETING, INC.,

    Defendants.
_____

## ORDER

On March 15, 2005, this Court entered an Order (Doc. #55) administratively closing the case for a period of sixty days. That time has now expired and no stipulated form of final order or judgment has been submitted. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case with prejudice. The Clerk is further directed to terminate any previously scheduled and pending motions, and close the file.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 7th day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record